IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JEDAN O. FIGUEROA,<br><br>**Plaintiff**,<br><br>v.<br><br>AKAL SECURITY INCORPORATED,<br><br>**Defendant**. | **Civil No.** 17-1571 (FAB) |

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 20), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 12, 2017.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
